UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAULA CASILLAS, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MADISON AVENUE ASSOCIATES, INC., )<br>)<br>Defendant. ) | Cause No. 1:16-cv-1774-WTL-DML |

### ENTRY REGARDING SUBJECT MATTER JURISDICTION

The parties in this case seek preliminary approval of a settlement class. Before addressing the pending motions, however, the Court must satisfy itself that it has subject matter jurisdiction over this case. Specifically, it is not clear to the Court that the Plaintiff has alleged the type of injury-in-fact necessary to establish that she has Article III standing. *See Spokeo, Inc. v. Robins,* 136 S.Ct. 1540 (2016), and *Meyers v. Nicolet Rest. of De Pere, LLC*, 2016 WL 7217581 (7th Cir. Dec. 13, 2016). Accordingly, by **January 9, 2017,** each party shall file a brief discussing the application of the holding of these cases to the facts of this case and whether the Plaintiff has standing in this case.

SO ORDERED: 12/21/16

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification